# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02469-RPM-MJW

ROLANDO GARIBOTTI, *et. al.*

    Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS, COLORADO, a municipal entity, *et. al.*

    Defendants.

---

## ORDER

---

THIS COURT, being fully advised in the premises, hereby ORDERS:

The above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED by the Court on this the 17 day of November, 2006.

                _____
                HON. RICHARD P. MATSCH
                JUDGE OF THE DISTRICT COURT